Randy L. VALENTINE, Plaintiff–Appellant,

v.

Thierry D. NETTLES, Major at Lieber Correctional Institution, sued in his individual capacity; John Cusack, Doctor at Lieber Correctional Institution, sued in his individual capacity; John Does, Officers, sued in their individual capacities; Jane Garmany, Nurse at Gilliam Psychiatric Hospital, sued in her individual capacity; Robin Hancock, Health Counsel, sued in her individual capacity; Richard Frierson, Doctor at Gilliam Psychiatric Hospital, sued in his individual capacity; Brian R. Blanton, Doctor at Gilliam Psychiatric Hospital, sued in his individual capacity; Jim E. Page, Director–Hospital Administrator at Gilliam Psychiatric Hospital, sued in his individual capacity, Defendants–Appellees.

No. 07–7234.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2007.

Decided Dec. 27, 2007.

Randy L. Valentine, Appellant Pro Se. James E. Parham, Jr., Irmo, South Carolina, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Valentine appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Valentine v. Nettles,* No. 4:06–cv–02314–HMH, 2007 WL 2105856 (D.S.C. July 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*